## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☒ COMPLAINT    ☐ INFORMATION    ☐ INDICTMENT
                                     ☐ SUPERSEDING

**OFFENSE CHARGED**

26 U.S.C. § 5861(d) - Possession of an Unregistered Firearm
18 U.S.C. § 844(i) - Damage and Destruction of Property by Means of Explosives (Attempted)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Attached

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**FILED**

Apr 13 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**DEFENDANT - U.S**

▶ Daniel Moreno-Gama

DISTRICT COURT NUMBER 3:26-MJ-70457 MAG

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. ATTORNEY    ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form    Craig H. Missakian

☒ U.S. Attorney    ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Alexis James

**DEFENDANT**

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction    ☐ Federal  ☒ State
}

6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
San Francisco Superior Court

Has detainer been filed?  ☐ Yes  ☐ No
} If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year  April 10, 2026

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: _____    Before Judge: _____

Comments:

## UNITED STATES V. DANIEL MORENO-GAMA

**PENALTIES:**

18 U.S.C. § 844(i) – Damage and Destruction of Property by Means of Explosives (Attempted)
-   Mandatory minimum 5 years imprisonment, maximum 20 years imprisonment
-   $250,000 fine
-   3 years supervised release
-   $100 special assessment
-   Restitution
-   Forfeiture

26 U.S.C. § 5861(d) – Possession Unregistered Firearm
-   10 years imprisonment
-   $10,000 fine
-   3 years supervised release
-   $100 special assessment
-   Forfeiture

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:**

**USA v.**  Daniel Moreno-Gama

**CASE NUMBER:**

**3:26-MJ-70457 MAG**

| | | | |
|---|---|---|---|
| **Is This Case Under Seal?** | Yes | No ✔ | |
| **Total Number of Defendants:** | 1 ✔ | 2-7 | 8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes | No ✔ | |
| **Venue (Per Crim. L.R. 18-1):** | SF ✔ | OAK | SJ |
| **Is this a potential high-cost case?** | Yes | No ✔ | |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes | No ✔ | |
| **Is this a RICO Act gang case?** | Yes | No ✔ | |

**Assigned AUSA (Lead Attorney):**  Alexis James

**Date Submitted:**  April 12, 2026

**Comments:**

Form CAND-CRIM-COVER (Rev. 11/16)

RESET FORM          SAVE PDF