CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ALEXIS JAMES (NYBN 5603865)
Assistant United States Attorney

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7196
      FAX: (415) 436-7234
      Alexis.James@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 26-MJ-70457 |
| Plaintiff, | ORDER |
| v. | |
| DANIEL MORENO-GAMA, | |
| Defendant. | |

**ORDER**

Based upon the facts set forth in the stipulation of the parties, IT IS HEREBY ORDERED that the Preliminary Hearing/Arraignment on Indictment scheduled for Tuesday, May 12, 2026 be continued to Monday, May 18, 2026.

IT IS SO ORDERED.

DATED: May 11, 2026_____

_____
THOMAS S. HIXSON
United States Magistrate Judge

STIPULATION TO CONTINUE AND ORDER Case No. 26-MJ-70457     3     v. 9/18/2025